UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:21-CR-00219-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| TRAVIOUS DEVON SMITH | ) | |

This matter comes now before this court on motion of the United States, by and through the Acting United States Attorney, with the consent of counsel for the defendant, to dismiss the Indictment, without prejudice.

The court hereby GRANTS the government's motion and dismisses the Indictment without prejudice.

This the 11th day of August, 2021.

RICHARD E. MYERS, II
Chief United States District Judge